# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * | | |
| CANAL ELECTRIC COMPANY, | * | |
| Plaintiff, | * | No. 04-035C |
| v. | * | Filed: April 30, 2004 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * * | | |

**ORDER**

We have received plaintiff's pre-discovery status report, stating that Canal does not require discovery and does not consider the rate of acceptance to be an issue. We agree that the circumstances as plaintiff states them call for an early trial. Once the parties have had an opportunity to digest the proceedings before the discovery judge later today, we ask that they contact the court to discuss a schedule for trial if appropriate.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge