# In the United States Court of Federal Claims

* * * * * * *

CANAL ELECTRIC COMPANY, *

Plaintiff, * No. 04-0035C

v. * Filed: May 10, 2004

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Defendant's motion for an enlargement of time to May 12 to file a response to plaintiff's complaint is GRANTED. Plaintiff does not oppose this motion.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge