# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * | | |
| CANAL ELECTRIC COMPANY, | * | |
| Plaintiff, | * | No. 04-0035C |
| v. | * | Filed: June 1, 2004 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * * | | |

**ORDER**

Plaintiff's unopposed motion for an enlargement of time to respond to defendant's motion to dismiss is GRANTED. Canal Electric will file its opposition on August 6.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge