# In the United States Court of Federal Claims

* * * * * * *

CANAL ELECTRIC COMPANY, *

Plaintiff, * No. 04-0035C

v. * Filed: June 9, 2004

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Plaintiff's response to the Government's motion to dismiss is due August 6. This is a discrete issue that the parties should be prepared to address promptly. We do not expect to extend this deadline.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge