IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CANAL ELECTRIC COMPANY, Plaintiff, | ) | |
| v. | ) | No.04–0035C (Judge Hodges) |
| UNITED STATES OF AMERICA Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE A CORRECTED UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME, AND DEFENDANT'S CORRECTED UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Defendant, the United States, respectfully requests leave to file a corrected unopposed motion for an enlargement of time, through which it will seek a 30-day enlargement of time, to and including September 23, 2004, within which to respond to plaintiff's opposition to the Government's motion to dismiss the complaint in this case. On Friday, August 13, 2004, the Government filed its unopposed motion for an enlargement of time in this case, but the Government inadvertently filed that motion in this case with the incorrect case caption. Although the information contained in the motion was correct – specifically, that the Government seeks an enlargement through September 23, 2004, within which to file that response and that counsel for the plaintiff had informed us that plaintiff, Canal Electric Company ("Canal"), will not oppose that motion – it appears that our motion may not be effective, or at the very least is confusing, given that we used the incorrect case caption. To correct that error, we respectfully request that the Court allow us to submit a corrected request for an enlargement. Our corrected request appears below.

Pursuant to RCFC 6.1, we respectfully request that the Court grant us a 30-day enlargement of time, to and including September 23, 2004, to respond to plaintiff's opposition to the Government's motion to dismiss the complaint in this case. Our response is currently due on August 23, 2004. This is defendant's first request for an enlargement of time for this purpose. Counsel for Canal has stated that our request will not be opposed.

The enlargement is requested because of the extensive time commitments faced by the Government in litigating the seven-week trial in the Yankee Atomic cases (Nos. 98-126C, 98-154C, and 98-474C) that is currently pending before Senior Judge Merow and is not scheduled to conclude until August 27, 2004, while simultaneously engaging in cross-country discovery in Sacramento Municipal Utility District v. United States, No. 98-488C (Braden, J.). Additionally, counsel for plaintiff has filed oppositions to the Government's motions to dismiss in two other cases, Delmarva Power & Light Company v. United States, No. 04-0034C (Fed. Cl.) (C. Miller, J.), and Atlantic City Electric Company v. United States, No. 04-0036C (Futey, J.), that are virtually identical to the motion in this case and to which the Government must respond simultaneously with its response to this motion. To allow us sufficient time to complete these efforts, we respectfully request that the Court grant our request for additional time.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

/s John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-1011
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

August 15, 2004

CERTIFICATE OF FILING

I hereby certify that on this 15th day of August 2004, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.