# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| CANAL ELECTRIC COMPANY, | * | |
| Plaintiff, | * | No. 04-0035C |
| v. | * | Filed: August 17, 2004 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

**ORDER**

Defendant's motion for leave to file a corrected motion for enlargement is GRANTED. Defendant's motion for an extension of the deadline to reply through September 23 is GRANTED. Plaintiff does not oppose either motion. For future reference, we advise defendant that motions for leave to file should be submitted separately from the motion to which it applies.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge