# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| CANAL ELECTRIC COMPANY, | * | |
| Plaintiff, | * | No. 04-0035C |
| v. | * | Filed: September 29, 2004 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

**ORDER**

Defendant's reply was rejected by the Clerk of Court because it was filed out of time. Rather than delay this matter further, however, we ask that the Clerk accept defendant's reply notwithstanding this defect.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge