# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| CANAL ELECTRIC COMPANY, | * | |
| Plaintiff, | * | No. 04-0035C |
| v. | * | Filed: December 8, 2004 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

**ORDER**

Defendant filed a document on November 24 that consisted of a three part document, of which only the second part is hereby accepted for filing. The filing consisted of: 1) a response to plaintiff's notice of related case, 2) defendant's notice of directly-related case, and 3) defendant's motion to transfer and consolidate The Rules of the Court of Federal Claims do not a contain a provision for filing a response to the opposing party's notice of related case. The court will construe this portion of defendant's filing, however, as background to defendant's notice of directly-related case and argument in support of its motion (once officially filed; see below) to transfer and consolidate pursuant to RCFC 40.2(a)(4).

According to the procedures used in electronic case filing, defendant's motion to transfer and consolidate cannot be docketed merely because of its textual reference within defendant's notice of directly-related case, but rather must be filed separately. The court therefore directs defendant to re-submit its motion to transfer and consolidate. Once filed properly, the motion will be noted as a separate docket entry.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge