# In the United States Court of Federal Claims

* * * * * * *

CANAL ELECTRIC COMPANY, *

Plaintiff, * No. 04-0035C

v. * Filed: December 20, 2004

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Defendant's motion to suspend its response to plaintiff's amended complaint is GRANTED. We will discuss the assignment issues along with other pending matters during the hearing at the first of the year. Counsel will contact Ms. Foose as soon as possible to schedule a hearing no later than January 13.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge