C. The following utilities are owners of the nuclear power reactor or other facilities identified in Appendix A to this Contract, as tenants in common with undivided ownership interests in the percentage shares set forth opposite their respective names, as follows:

| Utility | Ownership Share |
|---|---|
| Public Service Company of New Hampshire | 35.56942% |
| The United Illuminating Company | 17.50000 |
| Massachusetts Municipal Wholesale Electric Company | 11.59340 |
| New England Power Company | 9.95766 |
| Central Maine Power Company | 6.04178 |
| The Connecticut Light and Power Company | 4.05985 |
| Canal Electric Company | 3.52317 |
| Montaup Electric Company | 2.89989 |
| Bangor Hydro-Electric Company | 2.17391 |
| New Hampshire Electric Cooperative, Inc. | 2.17391 |
| Central Vermont Public Service Corporation | 1.59096 |
| Maine Public Service Company | 1.46056 |
| Fitchburg Gas and Electric Light Company | 0.86519 |
| Vermont Electric Generation and Transmission Cooperative, Inc. | 0.41259 |
| Taunton Municipal Lighting Plant | 0.10034 |
| Hudson Light and Power Department | 0.07737 |
| | 100.00000% |

Performance of this Contract shall be for the account of said owners, and all property and rights of said owners acquired by Purchaser on their behalf under this Contract shall vest in such utilities severally in the aforesaid respective percentage shares; and all obligations of the Purchaser under this Contract, including any charges

hereunder, shall be several (and not joint or joint and several) obligations of such utilities in the aforesaid respective percentage shares.

Each of the aforesaid utilities represents that the designated Purchaser, New Hampshire Yankee Division of Public Service Company of New Hampshire, has the full authority and responsibility for the giving and receiving of notices hereunder, the receiving and payment of invoices, the making of any elections of the Purchaser, and the exercise of all other rights conferred on the Purchaser in this Contract.

D. Appendices

A. Nuclear Power Reactor(s) or Other Facilities Covered

B. Discharge Information (Ten-Year; Annual)

C. Delivery Commitment Schedule

D. Final Delivery Schedule

E. General Specifications

F. Detailed Description of Purchaser's Fuel

G. Standard Remittance Advice