**No. 04-0035C**
**(Judge Hodges)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**CANAL ELECTRIC COMPANY,**
**Plaintiff,**

**v.**

**THE UNITED STATES,**
**Defendant.**

---

**EXHIBITS TO PLAINTIFF CANAL ELECTRIC COMPANY'S RESPONSE TO THE COURT'S FEBRUARY 3, 2005 ORDER**

---

Richard J. Conway
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
Tel: (202) 785-9700
Fax: (202) 887-0689

*Counsel of Record for Canal Electric Company*

February 28, 2005

# INDEX TO EXHIBITS

**EXHIBIT NO.**

**Exhibit 1:** *Boston Edison v. United States*, No 99-447C (Fed. Cl. Feb. 15, 2005) (Lettow, J.)

**Exhibit 2:** *Delmarva Power & Light Co. v. United States*, No. 04-0034C (Fed. Cl. Dec. 3, 2004) (C. Miller, J.)

**Exhibit 3:** *Atlantic Electric Co. v. United States*, No. 04-0036C (Fed. Cl. Jan. 11, 2005) (G. Miller, J.)

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on February 15, 2005 a copy of the foregoing Index for Exhibits To Plaintiff Consolidated Edison Company of New York, Inc.'s Opposition to Defendant's Motion to Dismiss was filed electronically. I understand that the notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
(202) 785-9700

*Counsel of Record for*
*Consolidated Edison Company of New York Inc.*