# In the United States Court of Federal Claims

| | |
|---|---|
| ATLANTIC CITY ELECTRIC COMPANY, Plaintiff, | No. 04-36 C |
| v. | Filed January 11, 2005 |
| THE UNITED STATES OF AMERICA, Defendant. | |

ORDER

This matter is before the Court on the motion of defendant filed May 12, 2004 to dismiss plaintiff's taking claim. Plaintiff filed a First Amended Complaint on December 2, 2004, on the eve of the scheduled oral argument on defendant's motion. By agreement of the parties, the defendant's motion was treated as directed at the taking claim as set forth in plaintiff's First Amended Complaint and oral argument was had on December 3, 2004. The Court took the motion under advisement. Since that time the Court has reviewed the standard contracts at issue in this case, as submitted by defendant pursuant to the Court's Order of January 5, 2005. In light of the foregoing, the Court has determined to deny defendant's motion without prejudice to its renewal before Judge Christine O. C. Miller to whose docket this case is being transferred by separate order as a directly-related case to *Delmarva Power and Light Company v. United States*, Docket No. 04-34C, the earlier filed case now pending before Judge Christine O. C. Miller.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge