IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CANAL ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.04–0035C |
| v. | ) | (Judge Hodges) |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME OF FIVE DAYS

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court grant an enlargement of five days, to and including March 23, 2005, within which defendant may file its response to the Court's February 3, 2005, order. Defendant's response currently is due on March 18, 2005. Counsel for plaintiff, Richard Conway, has represented that plaintiff does not oppose this motion.

Defendant has actively attempted to develop its response to the Court's February 3, 2005, order, and to plaintiff's previously-filed response to that order. Indeed, defendant's response is nearly complete. However, counsel has been involved in several out-of-state depositions and briefing in other spent nuclear fuel cases, including Southern Nuclear Operating Co. v. United States, No. 98-614C (Fed. Cl.), as well as in the activities leading up to trial in Sacramento Municipal Utility District v. United States, No. 98-488C (Fed. Cl.), that have affected the preparation of our response. Moreover, time must be allowed for the required review process for any response.

For the foregoing reasons, we respectfully request that the Court grant our unopposed motion for an enlargement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-0897
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

March 17, 2005

CERTIFICATE OF FILING

I hereby certify that on this 17th day of March, 2005, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME OF FIVE DAYS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John C. Ekman