# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| CANAL ELECTRIC COMPANY, | * | |
| Plaintiff, | * | No. 04-0035C |
| v. | * | Filed: March 17, 2005 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

**ORDER**

Defendant's unopposed motion for enlargement of time to March 23 to file its response to the Court's February 3 Order is GRANTED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge