**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CANAL ELECTRIC COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **No. 04-0035C** |
| **UNITED STATES OF AMERICA,** | ) | **(Judge Hodges)** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**CANAL ELECTRIC COMPANY'S**
**NOTICE OF ADDITIONAL AUTHORITY**

Plaintiff Canal Electric Company ("Canal"), through its undersigned counsel, wishes to bring to the Court's attention Judge Lettow's recent opinion in *System Fuels, Inc. v. United States*, No. 03-2623 (filed April 20, 2005). The *System Fuels* opinion is of key importance to the Court's consideration of Canal's takings claims and the Government's Motion to Dismiss currently pending before the Court, because it recognizes and affirms a well-developed body of case law that supports the premises upon which Canal has asserted its takings claims. Opinion at 11. Like Canal's takings theories, System Fuels alleged two distinct takings claims – that the Government's failure to begin disposal on January 31, 1998 constituted a taking of Systems Fuels' disposal rights and that the Government forced System Fuels (through an affiliated entity, Entergy Arkansas) to use its premises to store SNF for which the Government is ultimately responsible. *Id.* Denying the Government's Motion to Dismiss, Judge Lettow held that System Fuels' takings theories "state a claim upon which relief may be granted." *Id.* citing *Tahoe-Sierra Preservation Council, Inc. v. Tahoe Reg'l Planning Agency*, 535 U.S> 302,

336-37, 342 (2002); *Cienega Gardens v. United States*, 331 F.3d 1319, 1345, 1354-55 (Fed. Cir. 2003); *see also Boston Edison v. United States*, 64 Fed. Cl. 167 (February 15, 2005).

Date: April 25, 2005

Respectfully submitted,

By: /s/ Richard J. Conway

Richard J. Conway
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037-1526
(202) 785-9700

*Counsel of Record for*
*Canal Electric Company*

Of Counsel:

David M. Nadler
Nicholas W. Mattia, Jr.
Bradley D. Wine
Jeffery P. Becherer
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037-1526
(202) 785-9700

Timothy N. Cronin
Assistant General Counsel
NSTAR Electric & Gas
Corporation
800 Boylston Street
Mail Stop P1701
Boston, MA 02199-0228

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that, on April 25, 2005, a copy of the foregoing "Canal Electric Company's Notice of Additional Authority" was filed electronically. I understand that the notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Bradley Wine