IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CANAL ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | ) | No.04–0035C<br>(Judge Hodges) |

DEFENDANT'S NOTICE OF ADDITIONAL AUTHORITY

Defendant, the United States, brings to the Court's attention the recent decision in Zoeller v. United States, No. 04-1496C (Fed. Cl. May 12, 2005). The decision in Zoeller supports the Government's position that plaintiff, Canal Electric Company ("Canal"), fails to state cognizable takings claims, as those claims are expressly predicated upon its contract with the Government. In Zoeller, the Court explained that "[t]he government's breach of a contract does not effect a taking of a private party's contractual rights if the government does not deprive the private party of its contractual rights stemming from the breach of contract." Id. at 16 (citing Castle v. United States, 301 F.3d 1328, 1341-42 (Fed. Cir. 2002), cert. denied, 539 U.S. 925 (2003)). The Court explained that the Government had not prevented the plaintiff in Zoeller from seeking contractual remedies, and, in fact, plaintiff had pursued a breach of contract claim. As in Zoeller, the Government's failure to begin acceptance of spent nuclear fuel on an industry-wide basis beginning in January 1998 did not deprive Canal of its contractual remedies under the Standard Contract. A copy of the Zoeller decision is attached for the Court's convenience.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-0897
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

May 17, 2005

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of May 2005, a copy of foregoing "DEFENDANT'S NOTICE OF ADDITIONAL AUTHORITY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John C. Ekman