**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CANAL ELECTRIC COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 04-0035C** |
| | ) | **(Judge Hodges)** |
| | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, plaintiff, Canal Electric Company ("Canal"), respectfully requests that the Court grant plaintiff an additional fourteen days, to and including July 1, 2005, within which to advise the Court regarding its proposal to proceed in light of the Court's June 9, 2005 Opinion and Order. Plaintiff's Motion for an Enlargement of Time includes the time within which Plaintiff may file a Motion for Reconsideration (should Canal elect to file one) pursuant to Rule 59(b). Counsel for defendant, John C. Ekman, has represented that the United States does not oppose this request.

Plaintiff's present motion for an enlargement of time is necessitated by counsel's need to consult with its client regarding the implication's of the Court's Opinion and Order, as well as its ongoing obligations in other Spent Nuclear Fuel matters presently pending before the Court. As such, an additional two weeks will allow counsel to adequately advise plaintiff's senior management

regarding the implications of the Court's decision and complete an appropriate response to the Court as requested in the June 9, 2005 Order.

For the foregoing reasons, plaintiff respectfully requests that the Court grant this unopposed motion.

Date: June 16, 2005

Respectfully submitted,

/s/ Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, N.W.
Washington, D.C. 20037
(202) 785-9700

*Counsel of Record for*
*Delmarva Power and Light Company*

Of Counsel:

Nicholas W. Mattia, Jr.
Bradley D. Wine
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, N.W.
Washington, D.C. 20037
(202) 785-9700

Todd L. Goodman
CONECTIV
P.O. Box 231
Wilmington, DE 19899-0231
(302) 429-3786


DSMDB.1941379.1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2005, a copy of the foregoing "Plaintiff's Unopposed Motion for Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Bradley Wine



DSMDB.1941379.1

DSMDB.1941379.1