# In the United States Court of Federal Claims

* * * * * * *

CANAL ELECTRIC COMPANY, *

Plaintiff, * No. 04-0035C

v. * Filed: June 16, 2005

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Plaintiff's unopposed motion for an enlargement of time to July 1 to advise the court concerning the June 9 Opinion and Order is GRANTED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge