# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| CANAL ELECTRIC COMPANY, | * | |
| Plaintiff, | * | No. 04-0035C |
| v. | * | Filed: July 6, 2005 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

## ORDER

Plaintiff seeks a six-month stay, apparently to give the Government time to resolve its position on Canal's breach claims. Plaintiff believes that this approach will "insure the 'just, speedy, and inexpensive determination' of this matter by avoiding piecemeal appellate review . . . " (citing RCFC 1). We find defendant's suggestion that this court enter judgment on partial findings pursuant to RCFC 54(b) to be a reasonable alternative that would in fact advance the possibility of appellate review on an issue that affects many of these cases. We cannot see how staying a dispositive ruling on the status of plaintiff's takings claim comports with the aims of Rule 1.

Plaintiff apparently did not know of defendant's recommendation regarding Rule 54(b) when it filed the comments that we requested. Therefore, we ask that plaintiff address the possibility of our entering judgment on partial findings so that the Federal Circuit may consider this important issue. Plaintiff should respond no later than July 11, or request a telephone status conference.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge