**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CANAL ELECTRIC COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 04-0035C** |
| | ) | **(Judge Hodges)** |
| | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE**

Pursuant to the representations made in its July 1, 2005 Certificate of Compliance, (Certificate at n.2) Plaintiff, Canal Electric Company ("Canal"), hereby submits the transcript from the June 28, 2005 hearing before Judge Christine Miller in the *Delmarva Power and Light Co.* and *Atlantic City Electric Co.* matters regarding the Government's Motion for Summary Judgment.

Date: July 7, 2005

Respectfully submitted,

/s/ Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, N.W.
Washington, D.C. 20037
(202) 785-9700

*Counsel of Record for*
*Canal Electric Company*

Timothy N. Cronin
Assistant General Counsel
NSTAR Electric & Gas Corporation
800 Boylston Street
Mail Stop P1701
Boston, MA 02199-0228

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2005, a copy of the foregoing Notice was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Bradley Wine