**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CANAL ELECTRIC COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 04-0035C** |
| | ) | **(Judge Hodges)** |
| | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the U.S. Court of Federal Claims, plaintiff, Canal Electric Company ("Canal"), respectfully requests that the Court grant plaintiff an additional three days, to and including July 14, 2005, within which to advise the Court of Canal's position regarding the possibility of the Court entering judgment on partial findings regarding Canal's takings claim. Counsel for defendant, John C. Ekman, has represented that the United States does not oppose this request.

Plaintiff's present motion for an enlargement of time is necessitated by counsel's need to consult with its client regarding the Government's request to enter partial judgment on Canal's takings claim. In particular, in-house counsel for Canal has been out of the office on travel this week and will not be reachable until some time Monday, July 11, 2005, the current date set by the Court for Canal's response. As such, an additional three days will allow counsel to adequately consult with plaintiff's senior management regarding the

Government's proposal and complete an appropriate response to the Court as requested in the July 6, 2005 Order.

For the foregoing reasons, plaintiff respectfully requests that the Court grant this Unopposed Motion.

Date: July 8, 2005

Respectfully submitted,

/s/ Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, N.W.
Washington, D.C. 20037
(202) 785-9700

*Counsel of Record for*
*Canal Electric Company*

Of Counsel:

Nicholas W. Mattia, Jr.
Bradley D. Wine
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, N.W.
Washington, D.C. 20037
(202) 785-9700

Timothy N. Cronin
Assistant General Counsel
NSTAR Electric & Gas Corporation
800 Boylston Street
Mail Stop P1701
Boston, MA 02199-0228




DSMDB.1951649.1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2005, a copy of the foregoing "Plaintiff's Unopposed Motion for Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Bradley Wine




DSMDB.1951649.1