# In the United States Court of Federal Claims

* * * * * * *

CANAL ELECTRIC COMPANY, *

Plaintiff, * No. 04-0035C

v. * Filed: July 8, 2005

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Defendant's unopposed motion for an enlargement of time to July 14 to advise the court of it's position regarding entry of judgment on partial findings is GRANTED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge