# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| CANAL ELECTRIC COMPANY, | * | |
| Plaintiff, | * | No. 04-0035C |
| v. | * | Filed: July 19, 2005 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

**ORDER**

Plaintiff's rationale for opposing partial findings remains unclear, particularly as it relates to Rule 1. Our view is that a ruling from the Circuit on the takings aspect of this line of cases would be helpful to all parties, including this one. In any event it certainly does not advance the cause of Rule 1 for us to wait six months while the Government makes up its mind concerning its legal position on the breach issue. Therefore, we direct the Government to file an Answer to plaintiff's Amended Complaint no later than August 19. Thereafter, we will schedule an oral argument on legal issues that may arise.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge