IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CANAL ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.04–0035C |
| v. | ) | (Judge Hodges) |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

JOINT MOTION TO STAY FILING OF JOINT PRELIMINARY STATUS REPORT

Plaintiff, Canal Electric Company, and defendant, the United States, respectfully jointly request that this Court stay the parties' obligation to file a joint preliminary status report ("JPSR") in the above-captioned case until 60 days after the Court resolves whether it will enter a final judgment upon the dismissal of plaintiff's takings claim.[1]

Currently, the parties are scheduled to file a JPSR on October 11, 2005. On June 6, 2005, the Court granted the Government's motion to dismiss plaintiff's takings claim, and requested that the parties propose how they wish to proceed in light of the Court's ruling. On July 1, 2005, the Government responded to the Court's order, and requested that the Court enter final judgment upon partial findings under Court of Federal Claims Rule 54(b) with respect to the takings claim, which would allow the Federal Circuit to determine whether plaintiff's may bring a takings claim under the circumstances.

On July 6, 2005, the Court requested that plaintiff address the possibility of an entry of final judgment upon partial findings pursuant to RCFC 54(b). On July 14, 2005, plaintiff

[1] In the event the Court enters a final judgment upon plaintiff's takings claim, we request that the JPSR be due 60 days from the Court's order.

responded to the Court's order and opposed the entry of a final order upon partial findings pursuant to RCFC 54(b).

Although the parties disagree as to whether the Court should enter final judgment upon the dismissed takings claim, both parties agree that the filing of a JPSR should be deferred until after the Court resolves this issue. Therefore, the parties request a stay of their obligation to file a JPSR until 60 days after the Court determines whether to enter a final judgment upon plaintiff's dismissed takings claim.

Respectfully submitted,

s/Richard J. Conway
RICHARD J. CONWAY
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, D.C. 20037
Tele: (202) 828-2235
Fax: (202) 887-0689

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-0897
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October 2005, a copy of foregoing “JOINT MOTION TO STAY FILING OF JOINT PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joshua E. Gardner