# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| CANAL ELECTRIC COMPANY, | * | |
| Plaintiff, | * | No. 04-0035C |
| v. | * | Filed: October 20, 2005 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

**ORDER**

We remain convinced that the most efficient means of resolving this case and others like it in this court would be to enter judgment on partial findings or to certify the June ruling for interlocutory appeal. Plaintiff's arguments regarding judicial efficiency and perhaps its own costs of pursuing the litigation in this manner seems less than persuasive, but generally it is our policy to permit plaintiffs to pursue their cases in the manner they think best. This is particularly true when their requests could involve strategic rationales. We would like to have a ruling from the Federal Circuit on this key issue as soon as possible but for now we are willing to accept plaintiff's representations.

This case is stayed until further notice, though we expect the parties to accomplish any discovery or other trial-related issues that may help expedite matters once the stay is lifted. We anticipate that the stay will continue no longer than four months, or until the Government will have taken a position on the assignment of claims. The parties' motion for a 60-day delay after a ruling on final judgment by the court is moot and therefore DENIED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge